| | |
|---|---|
| 1 | LAWRENCE G. BROWN<br>United States Attorney |
| 2 | PAUL A. HEMESATH<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California  95814 |
| 4 | Telephone: (916) 554-2932 |



FILED
OCT - 8 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: Request from Mexico         )    CASE NO. 2:09-mc-91 LKK KJM
Pursuant to the Treaty             )
on Cooperation Between             )
the United Mexican States and      )
the United States of               )    [PROPOSED] ORDER
America for Mutual Legal           )
Assistance in the in the           )
Matter of JOSE HUMBERTO LUJAN      )
MUÑOZ                              )
                                   )

ORDER

Upon application of the United States, and upon review of the request from Mexico seeking evidence under the Mutual Legal Assistance Treaty with the United Mexican States, and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by the Treaty on Cooperation between the United Mexican States and the United States of America for Mutual Legal Assistance in Criminal Matters, 27 I.L.M. 443, as well as 28 U.S.C. §1782 and this court's inherent authority, that Assistant United States Attorney Paul A. Hemesath, ~~as any such other Assistant United States Attorney as may be subsequently~~

1

1  ~~designated by the United States Attorney~~, is appointed as a
2  Commissioner of this Court and is hereby directed to execute the
3  Treaty request as follows:
4      1.   take such steps as are necessary, including the issuance of
5  commissioner's subpoenas to be served on persons within the
6  jurisdiction of this Court, to collect the evidence requested;
7      2.   provide notice with respect to the collection of evidence to
8  those persons identified in the request as parties to whom notice
9  should be given (and no notice to any other party shall be required);
10     3.   adopt procedures to collect the evidence requested,
11 consistent with its use in the investigation or proceeding for which
12 Mexico has requested assistance, which procedures may be specified in
13 the request or provided by or with the approval of the Mexican Central
14 Authority under the Treaty;
15     4.   seek such further orders of this Court as may be necessary
16 to execute this request; and
17     5.   certify and submit the evidence collected to the Office of
18 International Affairs, Criminal Division, United States Department of
19 Justice, or as otherwise directed by that office for transmission to
20 Mexico.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

IT IS FURTHER ORDERED that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner, including, without limitation, special agents of the Federal Bureau of Investigation and/or representatives of Mexico.

Dated: Oct. 7, 2009

HON. KIMBERLY J. MUELLER
United States Magistrate Judge

Presented by:

PAUL A. HEMESATH
Assistant United States Attorney

Attorney for Applicant
United States of America